# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| CLYDE A. LIVINGSTON, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:14-CV-70-DBH |
| | ) | |
| UNUM PROVIDENT, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On July 22, 2014, the United States Magistrate Judge filed with the court, with copies to the parties his Recommended Decision on Defendant's Motion to Dismiss. The plaintiff filed an objection to the Recommended Decision on July 28, 2014 and a continued objection on August 22, 2014. ECF Nos. 42 and 46. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. I **DENY** the plaintiff's Motion to Compel (ECF No. 39) because the court lacks jurisdiction. The plaintiff's complaint is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

**SO ORDERED.**

**DATED THIS 25TH DAY OF AUGUST, 2014**

/S/ D. BROCK HORNBY_____
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**